it is ordered that said motion is hereby granted without prejudice to Appellant's right to file a petition during the course of normal appellate review.

No. 17–0196/AF. U.S. v. Paul D. Voorhees. CCA 38836. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that said motion is hereby granted without prejudice to Appellant's right to file a petition during the course of normal appellate review.

No. 17–0077/AR. U.S. v. Salvador Jimenez–Victoria. CCA 20140733. Appellant's motion to consider additional matters out of time is denied.

No. 17–0086/AF. United States, Appellant/Cross–Appellee v. Patrick Carter, Appellee/Cross–Appellant. CCA 38708. Appellant/Cross–Appellee's motion to dismiss the petition for grant of review is denied.

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. On further consideration of the Order Granting Review issued February 3, 2017, it is ordered that the portion of the Order Granting Review of Issue I is hereby vacated, and that Issue II will be briefed and heard at oral argument on May 9, 2017.

No. 17–0182/NA. U.S. v. Richard P. Trotter. CCA 201500332. Appellee's motion to file an answer to the supplement to the petition for grant of review out of time is denied.

No. 17–0290/AF. U.S. v. Andrew I. Lutcza. CCA 2016–13. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

No. 17–0291/NA. U.S. v. Darin G. Lòpez. CCA 201400373. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

No. 17–0294/AR. U.S. v. James R. Reed. CCA 20150284. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 31, 2017.

No. 17–0295/AR. U.S. v. Harry J. Ciborowski. CCA 20150544. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

Tuesday, March 21, 2017

No. 17–0187/AR. U.S. v. Brian G. Short. CCA 20150320. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER GOVERNMENT COUNSEL COMMITTED PROSECUTORI-AL MISCONDUCT WHEN THEY MADE IMPROPER ARGUMENT AF-TER REPEATEDLY ELICITING INADMISSIBLE TESTIMONY.

Briefs will be filed under Rule 25.

No. 17–0200/AR. U.S. v. Carlos A. Gonzalez–Gomez. CCA 20121100. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER DILATORY POST–TRIAL PROCESSING VIOLATED AP-PELLANT'S DUE PROCESS RIGHTS AND WARRANTS RELIEF WHEN 782 DAYS ELAPSED BETWEEN DOCKETING AT THE ARMY COURT AND OPINION.

Briefs will be filed under Rule 25.

No. 17–0203/AR. U.S. v. David L. Jerkins. CCA 20140071. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY ALLOWING A GENERAL OFFICER MEMORANDUM OF REPRI-MAND INTO SENTENCING EVIDENCE WHERE THE REPRIMAND WAS ISSUED TWO WEEKS BEFORE THE COURT–MARTIAL AND CONTAINED HIGHLY PREJUDICIAL AND MISLEADING LAN-GUAGE.

Briefs will be filed under Rule 25.

No. 16–0599/AR. U.S. v. Jared D. Herrmann. CCA 20131064. On consideration of the motion filed by Professor Lauren E. Bartlett to appear pro hac vice as counsel of record for *amicus curiae* Christopher M. Calpin, and motion by *amicus curiae* Christopher M. Calpin to submit oral argument, it is ordered that said motions are